### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN FOLLETT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  26-214** |
| | : | |
| **PHILADELPHIA DEPARTMENT** | : | |
| **OF PRISONS-CFCF,** | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this 18th day of February 2026, upon consideration of plaintiff Justin Follett's motion to proceed *in forma pauperis* (DI 4), Prisoner Trust Fund Account Statement (DI 5), and complaint (DI 1), it is **ORDERED**:

1.      Mr. Follet's motion for leave to proceed *in forma pauperis* (DI 4) is **GRANTED**.

2.      Justin Follett, #70121-066, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The court directs the Warden of U.S.P. Tucson or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Follett's inmate account; or (b) the average monthly balance in Mr. Follett's inmate account for the six-month period immediately preceding the filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with a reference to the docket number for this case.  In each succeeding month when the amount in Mr. Follett's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Follett's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to **SEND** a copy of this order to the Warden of U.S.P. Tucson.

4.      The complaint is **DEEMED** filed.

5.      The Clerk of Court is **DIRECTED** to add Correctional Officer Bradfordt and Correctional Officer Cashmir as defendants.

6.      All claims against defendant Philadelphia Department of Prisons-CFCF are **DISMISSED WITH PREJUDICE**.

7.      The Clerk of Court is **DIRECTED** to terminate Philadelphia Department of Prisons-CFCF as a defendant.

8.      The case shall proceed at this time to service by the U.S. Marshal Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against the following defendants:

   a.  Correctional Officer Bradfordt and

   b.  Correctional Officer Cashmir.

9.      In anticipation of service by the U.S. Marshal Service, the Clerk of Court is **DIRECTED** to send a copy of this order to Mr. Follett together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for each defendant listed in paragraph eight (8) of this order.  The Clerk of Court is further **DIRECTED** to note the mailing on the docket.

10.     To proceed with service, Mr. Follett must complete a USM-285 Form for each defendant listed in paragraph eight (8) and return the completed form(s) to the Clerk's Office within **twenty-one (21) days** of the date of this order.  Service cannot be made by the U.S. Marshal Service until Mr. Follett completes and returns these forms.

11.     In completing the USM-285 Form(s), Mr. Follett is instructed as follows:

2

a.  Mr. Follett should complete a separate USM-285 Form for each defendant listed in paragraph eight (8) of this order.  Only one defendant's name should appear on each USM-285 Form.

b.  Mr. Follett shall not complete a USM-285 Form for any individual or entity that is not listed as a defendant in paragraph eight (8) of this order, including but not limited to any defendant who already has been dismissed from this case.

c.  Mr. Follett should include as much identifying information as possible for each defendant, including the defendant's first name, last name, and, where relevant, the defendant's badge number.[1]

d.  Mr. Follett must provide each defendant's complete address at a location where that defendant can be served.  The U.S. Marshals Service cannot serve a defendant at a P.O. Box address.

e.  Mr. Follett must sign the USM-285 Form(s) on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide the date the form was signed.

f.  Failure to include a proper address may result in the defendant not being served and/or the dismissal of Mr. Follett's claims against any such defendant.

12.  Mr. Follett is cautioned that failure to return the completed USM-285 Form(s) in accordance with the above instructions may result in dismissal of this case for failure to prosecute without further notice from the court.

---

[1] The court notes that Mr. Follett spelled the names of the two Correctional Officer defendants differently in different materials that he submitted.  Mr. Follett should attempt to identify the defendants with as much specific information as he can to ensure they can be served by the United States Marshal.

13.     The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Mr. Follett returns in this case.

14.     The Clerk of Court is **DIRECTED** not to issue summonses at this time.  The court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

_____
**MURPHY, J.**